IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KEITH ELLIOTT HAVARD, #K0467,** and **C.K.H., A MINOR** | § § § | **PLAINTIFFS** |
| **V.** | § § | **CAUSE NO. 1:10CV462-LG-RHW** |
| **GEORGE COUNTY, MISSISSIPPI; DAVID SULLIVAN; KEITH MILLER; SERGEANT RAY; DEPUTY SULLIVAN; DEPUTY HOWELL; JUDGE KATHY KING JACKSON; DISTRICT ATTORNEY ANTHONY LAWRENCE, III; GEORGE COUNTY PROSECUTOR MARK A. MAPLES; GEORGE COUNTY JUSTICE COURT; DEPUTY COMMISSIONER OF COMMUNITY CORRECTIONS; JOHNNY MARTIN; and JOHN AND JANE DOES 1-5** | § § § § § § § § § § § § § § | **DEFENDANTS** |

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed, pursuant to Fed. R. Civ .P. 41(b).

**SO ORDERED AND ADJUDGED** this the 30th day of September, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE

Case 1:10-cv-00462-LG -RHW   Document 18   Filed 09/30/11   Page 2 of 2